**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/27/17 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   NELLIE A. KUNSELMAN

        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:11-11487 TPA

Chapter 13

Document No.:  65

**ORDER OF COURT**

AND NOW, this \_\_\_\_27th\_\_\_\_ day of \_\_\_\_\_March\_\_\_\_\_, 2017\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disbursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

vas

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 11-11487-TPA
Nellie A. Kunselman                                                 Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-1           User: mgut                  Page 1 of 3                  Date Rcvd: Mar 27, 2017
                               Form ID: pdf900             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db             +Nellie A. Kunselman,    2987 Laird Avenue,    Erie, PA 16505-3913
13179040       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13179042      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13535098       +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13179043       +Citi Ctb,   Po Box 22066,    Tempe, AZ 85285-2066
13179044        Comm Cred,   1027 Pittsburgh Ave,    Erie, PA 16505
13190431        Comm Credit,   1027 Pittsburgh Avenue,    Erie, PA 16505
13179046       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
13190435       +Fingerhut/Metbk,    Post Office Box 166,   Newark, NJ 07101-0166
13179049        Furn/Cbna,   Po Box 7038,    Sioux Falls, SD 57117-7038
13179055       +Gjwl/Cbna,   Po Box 9714,    Gray, TN 37615-9714
13298165       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13179057       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13179058       +Hsbc/Rs,   90 Christiana Rd,    New Castle, DE 19720-3118
13179060      #+Northwest Consumer Dis,    1324 E Grandview Blvd,    Erie, PA 16504-2736
13190447      #+Northwest Consumer Discount,    1324 East Grandview Boulevard,    Erie, PA 16504-2736
13179061       +P N C,   2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13179062       +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
13179063       +Td Auto Finance,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
13179064       +Td Auto Finance,    300 Oxford Dr Ste 310,    Monroeville, PA 15146-2343
13179065       +Verizon Pa,   236 E Town St #170,    Columbus, OH 43215-4631
13190452       +Verizon Pa,   236 East Town Street #170,    Columbus, OH 43215-4631
13179066       +Wff Cards,   3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13190453       +Wff Cards,   3201 North 4th Avenue,    Sioux Falls, SD 57104-0700
13179067       +Wffinance,   800 Walnut St,    Des Moines, IA 50309-3504
13179068       +Wfnnb/Lane Bryant,    4590 E Broad St,    Columbus, OH 43213-1301
13190455       +Wfnnb/Lane Bryant,    4590 East Broad Street,    Columbus, OH 43213-1301
13179069       +Zales/Cbna,   Po Box 9714,    Gray, TN 37615-9714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2017 02:16:18
                 PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2017 01:59:55
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13179059        E-mail/Text: BankruptcyNotices@aafes.com Mar 28 2017 01:48:26     Military Star,
                 3911 S Walton Walker Blv,    Dallas, TX 75236
13190446        E-mail/Text: BankruptcyNotices@aafes.com Mar 28 2017 01:48:26     Military Star,
                 3911 South Walton Walker Boulevard,    Dallas, TX 75236
13190429       +E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2017 02:00:06     Capital Recovery III LLC,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Ave,   Suite 1120,   Miami, FL 33131-1605
13190432        E-mail/Text: mrdiscen@discover.com Mar 28 2017 01:48:23     Discover Financial Services Llc,
                 Po Box 15316,    Wilmington, DE 19850
13179045       +E-mail/Text: mrdiscen@discover.com Mar 28 2017 01:48:23     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13179047       +E-mail/Text: collections@egefcu.org Mar 28 2017 01:48:55     Erie General Electric,
                 2154 E Lake Rd,   Erie, PA 16511-1140
13190434       +E-mail/Text: collections@egefcu.org Mar 28 2017 01:48:55     Erie General Electric,
                 2154 East Lake Road,    Erie, PA 16511-1140
13179056        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:52     Green Tree Servicing,
                 332 Minnesota Street,    Suite 610,   Saint Paul, MN 55101
13191535        E-mail/Text: bankruptcy.bnc@ditech.com Mar 28 2017 01:48:32     Green Tree Servicing LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
13179050        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:43     Gemb/Ge Money Bank Low,
                 Po Box 103065,   Roswell, GA 30076
13190437        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:51     Gemb/Ge Money Bank Lowes,
                 Po Box 103065,   Roswell, GA 30076
13179051        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:53     Gemb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13190438        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:51     Gemb/Jcpenney,   Po Box 984100,
                 El Paso, TX 79998
13179052       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:51     Gemb/Sams,   Po Box 965005,
                 Orlando, FL 32896-5005
13179053       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:52     Gemb/Sams Club,   Po Box 981400,
                 El Paso, TX 79998-1400
13179054       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 01:59:52     Gemb/Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
13191534        E-mail/Text: bankruptcy.bnc@ditech.com Mar 28 2017 01:48:32     Green Tree Servicing, LLC.,
                 P O Box 0049,   Palatine, IL 60055-0049
13297370       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 28 2017 01:49:14     METABANK-FINGERHUT,
                 6250 RIDGEWOOD ROAD,    ST.CLOUD, MN 56303-0820
```

```
District/off: 0315-1           User: mgut                  Page 2 of 3                   Date Rcvd: Mar 27, 2017
                               Form ID: pdf900             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13617870       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2017 01:59:46
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13187541        E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2017 02:00:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Green Tree Servicing, LLC
cr              U.S. Bank, N.A., as trustee for et al...
13179048        Fhut/Metbk
13190426*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13190427*      +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
13190428*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13190430*      +Citi Ctb,   Po Box 22066,    Tempe, AZ 85285-2066
13190433*      +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,   Erie, PA 16501-1073
13190436*       Furn/Cbna,   Po Box 7038,    Sioux Falls, SD 57117-7038
13190443*   ++++GREEN TREE SERVICING,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court: Green Tree Servicing,    332 Minnesota Street,   Suite 610,
                 Saint Paul, MN 55101)
13190439*      +Gemb/Sams,   Po Box 965005,    Orlando, FL 32896-5005
13190440*      +Gemb/Sams Club,    Po Box 981400,   El Paso, TX 79998-1400
13190441*      +Gemb/Walmart,    Po Box 981400,   El Paso, TX 79998-1400
13190442*      +Gjwl/Cbna,   Po Box 9714,    Gray, TN 37615-9714
13190444*      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13190445*      +Hsbc/Rs,   90 Christiana Road,    New Castle, DE 19720-3118
13190448*      +P N C,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
13190449*      +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
13190451*      +Td Auto Finance,    300 Oxford Drive,   Suite 310,    Monroeville, PA 15146-2343
13190450*      +Td Auto Finance,    5225 Crooks Road,   Suite 140,    Troy, MI 48098-2823
13190454*      +Wffinance,   800 Walnut Street,    Des Moines, IA 50309-3504
13190456*      +Zales/Cbna,   Po Box 9714,    Gray, TN 37615-9714
13179041     ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
                                                                                TOTALS: 4, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank, N.A., as trustee for et al...
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-1           User: mgut                 Page 3 of 3              Date Rcvd: Mar 27, 2017
                               Form ID: pdf900            Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Mary F. Kennedy   on behalf of Creditor   Green Tree Servicing, LLC mary@javardianlaw.com, tami@javardianlaw.com
           Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
           Paul W. McElrath, Jr.   on behalf of Debtor Nellie A. Kunselman ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
           Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                                                TOTAL: 6